# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 20, 2019

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/8/2020

Re: **United States v. Carlos Cespedes**
**12 Cr. 142 (TPG)**

Dear Honorable Judge Cote,

With consent from probation officer Noel Joseph, Mr. Cespedes seeks travel modification of his conditions of release so that he may travel to Santo Domingo, Dominican Republic for vacation. Mr. Cespedes will arrive in Santo Domingo on January 23 2020, and will be back in the United States on January 30, 2020. For the entire duration of his stay, Mr. Cespedes will be staying at hotel Catalonia, located on George Washington 500, Santo Domingo, 10104.

On May 6, 2012, Honorable Judge Thomas P. Griesa sentenced Mr. Cespedes to 27 months imprisonment on four counts of access device fraud and another 24 months on one count of aggravated identity theft, all to be run concurrently. After serving his sentence, Mr. Cespedes was expected to be on 4 counts of three years supervised release, along with one year of supervised release from count 5 all served concurrently. Lastly, he was ordered to pay monthly restitution payments in the full amount of $61,059.

Since his release in January 18, 2019, Mr. Cespedes has found full time employment at 845 automotive, a towing company located in lower Manhattan. Furthermore, New York Probation Officer, Noel Joseph, advises that Mr. Cespedes has been totally compliant with all conditions of his release, which include successful monthly restitution payments which come directly out of his check, as well as frequent check-ins to discuss his action plans moving forward.

Thank you for your consideration of this matter.

Respectfully Submitted

/S/
Mark Gombiner
Assistant Federal Defender
(212) 417-8718

1/8/2020

HONORABLE DENISE L. COTE
DEBRA FREEMAN t Judge
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

cc: Noel Joseph, Probation Officer, Southern District of New York